UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF NEW YORK

SEAN GOTTLIEB,

                  Plaintiff,

-against-

JEN BOLLER TUTOR.COM,

                  Defendant.

24-CV-6285 (LTS)

ORDER OF DISMISSAL

LAURA TAYLOR SWAIN, Chief United States District Judge:

On September 18, 2024, the Court received an application from Plaintiff, advising the Court that he wishes to withdraw his complaint. (ECF 8.) Accordingly, the complaint is voluntarily dismissed under Fed. R. Civ. P. 41(a).

The Court certifies under 28 U.S.C. § 1915(a)(3) that any appeal from this order would not be taken in good faith, and therefore *in forma pauperis* status is denied for the purpose of an appeal. *See Coppedge v. United States*, 369 U.S. 438, 444-45 (1962).

The Court directs the Clerk of Court to close the action pending under this docket number.

SO ORDERED.

Dated:   September 26, 2024
            New York, New York

                                            /s/ Laura Taylor Swain
                                              LAURA TAYLOR SWAIN
                                          Chief United States District Judge